# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1835
_____

United States of America,

*Plaintiff - Appellee,*

v.

Maurice Leavell Bivens,

*Defendant - Appellant.*
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: November 12, 2020
Filed: December 3, 2020
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

Maurice Bivens appeals after the district court[1] revoked his supervised release and sentenced him above the advisory sentencing guideline range. His counsel has

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

filed a brief challenging the substantive reasonableness of the sentence and seeking to withdraw.

We conclude that the district court imposed a substantively reasonable revocation sentence, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. McGhee*, 869 F.3d 703, 705 (8th Cir. 2017) (per curiam) (substantive reasonableness of revocation sentence is reviewed under same abuse-of-discretion standard applied to initial sentencing decisions); *United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing substantive reasonableness). Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____